Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CAROLYN NAVARRO,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>    vs.<br><br>**KELLY SERVICES, INC.,**<br><br>Defendants. | Case No. 2:17-cv-07043-RGK-JEM<br><br>**NOTICE OF DISMISSAL OF ACTION WITHOUT PREJUDICE** |

    NOW COMES THE PLAINTIFF by and through her attorneys to respectfully move this Honorable Court to dismiss this matter without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). No Defendant has filed either an answer or a motion for summary judgment at this time, and no Court order is necessary pursuant to the Fed. R. Civ. P..

    Respectfully submitted this 8th Day of November, 2017,

                                     By: s/Todd M. Friedman, Esq.
                                        TODD M. FRIEDMAN
                                        Attorney for Plaintiff

Filed electronically on this 8th Day of November, 2017, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable R. Gary Klausner
United States District Court
Central District of California

This 8th Day of November, 2017.

s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN